**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Wireless Systems Solutions, LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-4439906 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 630 Davis Drive <br> Suite 250 <br> Morrisville, NC 27560 <br> Number, Street, City, State & ZIP Code <br><br> Durham <br> County | **Mailing address, if different from principal place of business** <br><br> 102 Ripplewater Lane <br> Cary, NC 27518 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 102 Ripplewater Lane Cary, NC 27518 <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | wirelesss2.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor  Wireless Systems Solutions, LLC                            Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District  _____  When  _____  Case number  _____
District  _____  When  _____  Case number  _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   Wireless Systems Solutions, LLC                              Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
      Contact name  _____
      Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   Wireless Systems Solutions, LLC                               Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ■ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | Wireless Systems Solutions, LLC | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March  9, 2022
              MM / DD / YYYY

**X** /s/ Susan Gross                                     Susan Gross
Signature of authorized representative of debtor          Printed name

Title   Vice President

**18. Signature of attorney**

**X** /s/ William P. Janvier                              Date   March  9, 2022
Signature of attorney for debtor                                 MM / DD / YYYY

William P. Janvier 21136
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

6300 Creedmoor Road
Suite 170-370
Raleigh, NC 27612
Number, Street, City, State & ZIP Code

Contact phone   919-582-2323        Email address   wjanvier@smvt.com

21136 NC
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wireless Systems Solutions, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 9, 2022          **X** /s/ Susan Gross
                                      Signature of individual signing on behalf of debtor

                                      Susan Gross
                                      Printed name

                                      Vice President
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Wireless Systems Solutions, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America as Servicer for FIA Attn: Officer/Managing Agent 1000 North Tryon St. Charlotte, NC 28202 | | Credit Card | | | | $25,000.00 |
| Brooks Pierce Attn: Managing Agent 150 Fayetteville St., #1700 Raleigh, NC 27601 | | | | | | $68,536.37 |
| CIT Bank,N.A. Attn: Managing Agent 10201 Centurion Pkwy N, Ste. 100 Jacksonville, FL 32256 | | Most or all collateral has been destroyed pursuant to court order | | $1,400,000.00 | $0.00 | $1,400,000.00 |
| Digi-Key Electronics Attn: Managing Agent PO Box 250 Thief River Falls, MN 56701-0250 | | Debt Owed | | | | $9,388.37 |
| Pinto Coates Kyre & Bowers PLLC Attn: Managing Agent 3203 Brassfield Rd. Greensboro, NC 27410 | | Debt Owed | | | | $379,743.09 |
| Smartsky Networks, LLC Attn: Managing Agent 430 Davis Dr., Ste. 350 Morrisville, NC 27560 | | | Unliquidated Disputed | | | $12,548,892.04 |

Debtor  Wireless Systems Solutions, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SMTC<br>Attn: Managing Agent<br>431 Kato Terrace<br>Fremont, CA 94539 | | | Disputed | | | $222,448.00 |
| US Small Business Association<br>Attn: Managing Agent<br>2 North St., Ste. 320<br>Birmingham, AL 35203 | | Blanket Lien on Any & All Assets | | $2,000,000.00 | Unknown | Unknown |
| Wiss & Company<br>Attn: Managing Agent<br>100 Campus Dr., Ste. 400<br>Florham Park, NJ 07932 | | Debt Owed | | | | $9,800.00 |
| ZTE USA<br>Attn: Managing Agent<br>2425 N Central Expwy, Ste 800<br>Richardson, TX 75080 | | Unpaid Rent | | | | $130,725.40 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: Wireless Systems Solutions, LLC  
Debtor(s)

Case No.  
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 9, 2022

/s/ Susan Gross  
Susan Gross/Vice President  
Signer/Title

Bank of America
Attn: Managing Agent
PO Box 982238
El Paso, TX 79998-2238

Digi-Key Electronics
Attn: Managing Agent
PO Box 250
Thief River Falls, MN 56701-0250

Smartsky Networks, LLC
Attn: Managing Agent
430 Davis Dr., Ste. 350
Morrisville, NC 27560

Bank of America as Servicer for FIA
Attn: Officer/Managing Agent
1000 North Tryon St.
Charlotte, NC 28202

David Gross
Attn: Managing Agent
102 Ripplewater Lane
Cary, NC 27518

SMTC
Attn: Managing Agent
431 Kato Terrace
Fremont, CA 94539

Brooks Pierce
Attn: Managing Agent
150 Fayetteville St., #1700
Raleigh, NC 27601

Susan & Laslo Gross
Attn: Managing Agent
102 Ripplewater Lane
Cary, NC 27518

Susan L. Gross
102 Ripplewater Lane
Cary, NC 27518

CIT Bank, N.A.
Attn: Managing Agent
10201 Centurion Pkwy N, Ste. 100
Jacksonville, FL 32256

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Susan L. Gross Family Trust
102 Ripplewater Ln
Cary, NC 27518

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

Laslo Gross
102 Ripplewater Lane
Cary, NC 27518

US Attorney General-US DOJ
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

Corporation Service Company, as rep
Attn: Managing Agent
PO Box 2576
Springfield, IL 62708

Lien Solutions
Attn: Managing Agent
PO Box 29071
Glendale, CA 91209-9071

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St., Ste. 2100
Raleigh, NC 27601-1461

DAG Wireless Ltd.
102 Ripplewater Ln
Cary, NC 27518

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

US Small Business Admin (NC Di
Attn: Managing Agent
6302 Fairview Rd., Ste. 300
Charlotte, NC 28210

DAG Wireless USA, LLC
102 Ripplewater Lane
Cary, NC 27518

NelsonMullinsRiley&Scarborough,LLP
Attn: Fred M. Wood, Jr.
100 N. Tryon St.
Charlotte, NC 28202

US Small Business Association
Attn: Managing Agent
2 North St., Ste. 320
Birmingham, AL 35203

David Gross
102 Ripplewater Lane
Cary, NC 27518

Pinto Coates Kyre & Bowers PLLC
Attn: Managing Agent
3203 Brassfield Rd.
Greensboro, NC 27410

Wiss & Company
Attn: Managing Agent
100 Campus Dr., Ste. 400
Florham Park, NJ 07932

ZTE USA
Attn: Managing Agent
2425 N Central Expwy, Ste 800
Richardson, TX 75080

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   Wireless Systems Solutions, LLC                                 Case No.
                                    Debtor(s)                           Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Wireless Systems Solutions, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| March  9, 2022 | /s/ William P. Janvier |
| Date | William P. Janvier 21136 |
| | Signature of Attorney or Litigant |
| | Counsel for   Wireless Systems Solutions, LLC |
| | Stevens Martin Vaughn & Tadych, PLLC |
| | 6300 Creedmoor Road |
| | Suite 170-370 |
| | Raleigh, NC 27612 |
| | 919-582-2323 Fax:866-809-2379 |
| | wjanvier@smvt.com |